UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:07-CV-317-RJC-DCK

| | |
|---|---|
| PATSY M. DENNISON, an individual, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| METROPOLITAN LIFE INSURANCE COMPANY; SPX LONG TERM DISABILITY PLAN; SPX CORPORATION, in its capacity as Plan Administrator of SPX Long Term Disability Plan, | ) |
| Defendants. | ) |

IT IS HEREBY ORDERED that the Application to Appear *Pro Hac Vice* (Document #3) filed August 24, 2007 is hereby **GRANTED** and Julian M. Baum, Esq. hereby is admitted to practice *pro hac vice* in this matter in accordance with Local Rule 83.1(B).

In accordance with Rule 83.1(B) of this Court's Local Rules of Civil Procedure, Mr. Baum paid the admission fee of One Hundred and no/100 Dollars ($100.00) to the Clerk of Court at the time of filing the associated Motion.

Signed: August 27, 2007

David C. Keesler
United States Magistrate Judge