UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:07-CV-00317-DCK

| | |
|---|---|
| PATSY M. DENNISON, )<br> )<br>          Plaintiff, )<br> )<br>vs. )<br> )<br>METROPOLITAN LIFE INSURANCE )<br>COMPANY; SPX LONG TERM )<br>DISABILITY PLAN; SPX CORPORATION, )<br>in its capacity as Plan Administrator of SPX )<br>Long Term Disability Plan, )<br> )<br>          Defendants. )<br>_____ ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion to Stay Initial Attorneys' Conference" (Document No. 26), filed June 18, 2008. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is now ripe for disposition.

Having carefully considered the arguments, the record, and the applicable authority, and for good cause shown, the undersigned will grant the parties' motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion to Stay Initial Attorneys' Conference" (Document No. 26) is **GRANTED**.

**IT IS FURTHER ORDERED** that Robert C. Weems, Thomas Joseph Fuchs and Charles M. Dyke shall immediately comply with the requirements of Local Rule 83.1, including registering for ECF and filing a motion for admission to practice before the Bar of this Court, to the extent they have not already fulfilled those requirements.

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall immediately "associate local counsel" as required by Local Rule 83.1(D)(1).

**SO ORDERED**.

Signed: June 20, 2008

David C. Keesler
United States Magistrate Judge