## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:07-CV-00317-DCK

| | |
|---|---|
| PATSY M. DENNISON, an individual, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>METROPOLITAN LIFE INSURANCE )<br>COMPANY; SPX LONG TERM )<br>DISABILITY PLAN; SPX CORPORATION, )<br>in its capacity as Plan Administrator of SPX )<br>Long Term Disability Plan, )<br>)<br>Defendants. )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Relief From Local Rule 83.1(D)(1) Requirement To Associate Local Counsel" (Document No. 30) filed June 26, 2008. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

The basis for the local rule's requirement of local counsel is sound. However, after careful review, and noting good cause shown and the Defendants' lack of objection, the undersigned will <u>grant</u> the motion. This is without prejudice to the Court's ability to re-visit this issue as necessary in the future.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Relief From Local Rule 83.1(D)(1) Requirement To Associate Local Counsel" (Document No. 30) is **GRANTED.**

**IT IS FURTHER ORDERED** that attorney Julian M. Baum is the proper attorney of record for Plaintiff, and the Clerk should remove Mr. Robert C. Weems and Mr. Thomas Joseph Fuchs from the docket of this case.

**SO ORDERED**.

Signed: June 30, 2008

David C. Keesler
United States Magistrate Judge