| | |
|---|---|
| PATSY M. DENNISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) ORDER |
| METROPOLITAN LIFE INSURANCE | ) |
| COMPANY; SPX LONG TERM | ) |
| DISABILITY PLAN; SPX CORPORATION, | ) |
| in its capacity as Plan Administrator of SPX | ) |
| Long Term Disability Plan, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The

parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and there are

motions in this matter ripe for disposition.

**IT IS, THEREFORE, ORDERED** that counsel for parties shall appear before the

undersigned on **November 6, 2008** for a Status and Motions Hearing prepared to summarize the

status of this case and to argue any pending motions. The Clerk of Court will issue a separate Notice

of Hearing confirming the date, time, and location of the hearing.

Signed: September 24, 2008

David C. Keesler
United States Magistrate Judge