# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Patsy M. Dennison,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:07cv327

Metropolitan Life Insurance Company et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/8/2009 Order.

Signed: January 8, 2009

Frank G. Johns, Clerk
United States District Court